Eric B. Fisher, Esq.
Morgenstern Jacobs & Blue, LLC
885 Third Avenue
New York, New York 10022
Telephone: (212) 750-6776
Facsimile: (646) 349-2816
Email: efisher@mjbllc.com
*Attorneys for Plaintiffs*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-11-07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           :
AVNER MALOUL and ALLEN LOWY,                               :
                                                           :
                     Plaintiffs,                           :     07 Civ. 8525 (LBS)
                                                           :
           -against-                                       :     **STIPULATION**
                                                           :     **EXTENDING TIME TO**
IVAN BERKOWITZ, GREAT COURT                                :     **ANSWER**
CAPITAL, LLC, SD PARTNERS, LLC,                            :
UTIX GROUP, INC., VSUS TECHNOLOGIES,                       :
INC., and SUNSET BRANDS, INC.                              :
                                                           :
                     Defendants.                           :
-----------------------------------------------------------x

THE UNDERSIGNED PARTIES HEREBY STIPULATE AND AGREE that (i)

Gersten Savage, LLP, attorneys for defendants Ivan Berkowitz ("Berkowitz"), Great

Court Capital, LLC ("Great Court") and SD Partners, LLC ("SD Partners"), hereby

accepts service of the Complaint in this matter on behalf of Berkowitz, Great Court and

SD Partners; and (ii) Berkowitz, Great Court and SD Partners shall have up to and

including November 21, 2007 to move, answer or otherwise respond to the Complaint.

No prior extensions have been granted.

Dated: New York, New York
      October 9, 2007

MORGENSTERN JACOBS & BLUE, LLC

By: _____
     Eric B. Fisher
     885 Third Avenue
     New York, New York 10022
     212-750-6776
     *Attorneys for Plaintiffs*

GERSTEN SAVAGE, LLP

By: _____
     Steven Popofsky
     600 Lexington Avenue
     New York, New York 10022
     212-752-9700
     *Attorneys for Defendants*
     *Ivan Berkowitz, Great Court*
     *Capital, LLC and SD*
     *Partners, LLC*

SO ORDERED:

_____
     U.S.D.J    10/11/07