UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
:
AVNER MALOUL and ALLEN LOWY,           :
:
               Plaintiffs,           :      07 Civ. 8525
:
     -against-           :
:
IVAN BERKOWITZ, GREAT COURT           :
CAPITAL, LLC, SD PARTNERS, LLC,           :
UTIX GROUP, INC., VSUS TECHNOLOGIES,           :
INC., and SUNSET BRANDS, INC.           :
:
               Defendants.           :
-------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

State of New York      )
                               ) ss:
County of New York     )

       Kandra Payne, being duly sworn, deposes and says:

       1.       That deponent is not a party to the action, is over 18 years of age and resides in New York, New York.

       2.       That on October 16, 2007, I served, by first class mail, postage prepaid, a copy of the summons and complaint, together with two copies of a statement of service by mail and acknowledgement of receipt in the form set forth in subdivision (d) of NY CPLR, §312-a, with a return envelope, postage prepaid, addressed to Morgenstern Jacobs & Blue, LLC upon the following:

               UTIX Group, Inc.
               7 New England Executive Park, Suite 610
               Burlington, Massachusetts 01803

1

      Sunset Brands, Inc.
      10990 Wilshire Boulevard
      Los Angeles, California 90024

                                          /s/ Kandra Payne
                                          Kandra Payne

Sworn to before me on
this 17th day of October 2007

/s/ Rachel K. Marcoccia_____
Notary Public, State of New York
No. 02MA6070474
Qualified in New York County
Commission Expires March 4, 2010