United States District Court
Southern Distirict of New York

Avner Maloul and Allen Lowy,

AFFIDAVIT OF SERVICE
Case No.  07 CV 8525

Plaintiff(s)

-against-

Ivan Berkowitz, et al.,

Defendant(s)

State of New York )
                        ss:
County of Albany )

Mary M. Bonville, being duly sworn, deposes and says:

Deponent is over the age of eighteen and is a resident of New York State and is not a party to this action.  That on October 17, 2007 at approximately 11:45 AM deponent served the following specific papers  pursuant to Section 306 of the Business Corporation Law,  Summons in a Civil Action and Complaint, Individual Practices of Judge Sand Effective January, 2005,  Procedures for Electronic Case Filing dated March 6, 2003, Third Amended Instructions for Filing an Electronic Case or Appeal dated June 7, 2004, Press Release, All Southern District Judges Now to Require Electronic Case Filing dated June 1, 2004, that the party served was VSUS Technologies Incorporated, a foreign business corporation sued herein as VSUS Tech., Inc., one of the defendants in this action,  by personally serving  of the aforesaid papers at the office of the NYS Secretary of State located at 41 State Street, in the City of Albany, New York by delivering to and leaving papers with Carol Vogt, a white female with brown hair, being approximately 46-55 years of age; height of 5'0" - 5'3", weight of 100-130 lbs., being an authorized person in the Corporation Division of the Department of State and empowered to receive such service.  That at the time of making such service, deponent paid the fee prescribed by Law in the amount of $40.00.

_Mary M. Bonville_
Mary M. Bonville

Sworn to before me this _17th_ day of October, 2007

_Ruth A. Dennehey_
Ruth A. Dennehey
Notary Public — State of New York
Qualified in Albany County
Registration No. 01DE4729775
Commission Expires: 11-30-2010