UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
AVNER MALOUL and ALLEN LOWY,

                Plaintiff,

-against-

IVAN BERKOWITZ, GREAT COURT
CAPITAL, LLC, SD PARTNERS, LLC,
UTIX GROUP, INC., VSUS TECHNOLOGIES,
INC., and SUNSET BRANDS, INC.,

                Defendants.
------------------------------------------------------------------X

**TRANSMITTAL AFFIDAVIT IN SUPPORT OF MOTION TO DISMISS**

07 Civ. 8525 (LBS)

STATE OF NEW YORK  )
                      ) ss.:
COUNTY OF NEW YORK)

      STEVEN R. POPOFSKY, being sworn, states as follows:

1. I am a member of Gersten Savage LLP, counsel for the moving defendants Ivan Berkowitz, Great Court Capital, LLC and SD Partners, LLC, in this action. I respectfully submit this affidavit to transmit to the Court a copy of the complaint, Exhibit A annexed hereto, with respect to which defendants' motion to dismiss is addressed.

Dated: November 21, 2007

                                                  _____
                                                  Steven R. Popofsky

Sworn to before me this
21st day of November, 2007.

_____
Notary Public

Judith Russell
Notary Public, State of NY
No. 01RU6023388
Qualified in Kings County
Commission Expires April 19, 20_11_