UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AVNER MALOUL and ALLEN LOWY,

              Plaintiff,            **AFFIDAVIT OF SERVICE**

   -against-

IVAN BERKOWITZ, GREAT COURT
CAPITAL, LLC, SD PARTNERS, LLC,
UTIX GROUP, INC., VSUS TECHNOLOGIES,      07 Civ. 8525 (LBS)
INC., and SUNSET BRANDS, INC.,

             Defendants.
-----------------------------------------------------------------X
COUNTY OF NEW YORK)
             ss.:
STATE OF NEW YORK)

    HOWARD L. FIORELLA, being sworn, states as follows:

    On November 21, 2007, I caused the Notice of Motion to Dismiss Complaint, the Transmittal Affidavit in Support of Motion to Dismiss with Exhibit, and the Memorandum of Law in Support of Motion to Dismiss, to be served upon Eric B. Fisher, Esq., Morgenstern Jacobs & Blue, LLC, Attorneys for Plaintiff, 885 Third Avenue, New York, New York 10022, by hand.

Dated: November 21, 2007

                                                             Howard L. Fiorella

Sworn to before me this
21st day of November, 2007.

Notary Public

Judith Russell
Notary Public, State of NY
No. 01RU6023388
Qualified in Kings County
Commission Expires April 19, 2011