# GERSTEN SAVAGE LLP

600 LEXINGTON AVENUE
NEW YORK NY 10022-6018
T: 212-752-9700
F: 212-980-5192
INFO@GERSTENSAVAGE.COM
WWW.GERSTENSAVAGE.COM

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-4-07

December 3, 2007

Hon. Leonard B. Sand
United States District Court
Southern District of New York
500 Pearl Street, Room 1650
New York, New York 10007

### Re: Maloul v. Berkowitz, et al., 07 Civ. 8525 (LBS)

Dear Judge Sand:

This firm represents defendants Ivan Berkowitz, Great Court Capital, LLC and SD Partners, LLC, in the above action. I am writing to follow up on a recent conversation with your clerk regarding the scheduling of our pending motion to compel.

I have conferred with plaintiffs' counsel and we have agreed that the return date of the motion will be January 3, at 2:15 PM, with plaintiffs' answering papers due December 17 and defendants' reply papers due December 31 at noon.

This letter supersedes the schedule proposed in my letter dated November 21, 2007. Thank you.

Very truly yours,

Steven R. Popofsky

cc: Eric B. Fisher, Esq.

So ordered

12/3/07

USDJ

**MEMO ENDORSED**

AFFILIATED WITH WHITEMAN OSTERMAN & HANNA LLP | ONE COMMERCE PLAZA | ALBANY NY 12260| T: 518-487-7600 F: 518-487-7777 | WWW.WOH.COM