UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
```
                                                       :
AVNER MALOUL and ALLEN LOWY,                           :
                                                       :
                    Plaintiffs,                        :    07 Civ. 8525
                                                       :
        -against-                                      :
                                                       :
IVAN BERKOWITZ, GREAT COURT                            :
CAPITAL, LLC, SD PARTNERS, LLC,                        :
UTIX GROUP, INC., VSUS TECHNOLOGIES,                   :
INC., and SUNSET BRANDS, INC.                          :
                                                       :
                    Defendants.                        :
```
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

State of New York          )
                           ) ss:
County of New York         )

Kandra Payne, being duly sworn, deposes and says:

1. That deponent is not a party to the action, is over 18 years of age and resides in New York, New York.

2. That on December 17, 2007, I served, by first class mail, postage prepaid, a copy of the Plaintiffs' Memorandum of Law in Opposition to Motion to Dismiss Complaint upon the following:

> Steven R. Popofsky, Esq.
> Gersten Savage LLP
> 600 Lexington Avenue
> New York, NY  10022

1

2

at the address designated by said party for this purpose.

                                ___/s/Kandra Payne___
                                    Kandra Payne

Sworn to before me on
this 18th day of December 2007

/s/Rachel K. Marcoccia___
Notary Public, State of New York
No. 02MA6070474
Qualified in New York County
Commission Expires March 4, 2010

2