UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X

AVNER MALOUL and ALLEN LOWY,            :

      Plaintiffs,                      :

    v.                                      :  Case No. 07 CIV 8525 (LBS)
                                                                     ECF CASE

IVAN BERKOWITZ, GREAT COURT            :
CAPITAL, LLC, SD PARTNERS, LLC, UTIX       **RULE 7.1 DISCLOSURE STATEMENT**
GROUP, INC., VSUS TECHNOLOGIES, INC.
and SUNSET BRANDS, INC.,                :

      Defendants.                     :

---------------------------------------- X

      Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Utix Group, Inc., certifies that Utix Group, Inc. does not have a parent corporation nor does any publicly traded corporation own 10% or more of its stock.

| | |
|---|---|
| Dated: New York, New York<br>       December 28, 2007 | Respectfully submitted,<br><br>COOLEY GODWARD KRONISH LLP<br><br>By:   s/Scott J. Pashman_____<br>       Scott J. Pashman (SP-7620)<br>       Cooley Godward Kronish LLP<br>       1111 Avenue of the Americas<br>       New York, New York 10036-7798<br>       Phone (212) 479-6000<br>       Fax: (212) 479-6275<br><br>       OF COUNSEL:<br>       Robert B. Lovett (to be admitted *pro hac vice*)<br>       Meghan M. Hart (to be admitted *pro hac vice*)<br>       Cooley Godward Kronish LLP<br>       The Prudential Tower<br>       800 Boylston Street, 46th Floor<br>       Boston, Massachusetts 02199<br>       Phone: (617) 937-2300 |

Fax: (617) 937-2400

*Attorneys For Defendant
Utix Group, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing document entitled *Rule 7.1 Disclosure Statement*, dated December 28, 2007, was served on December 28, 2007, via electronic mail, and on December 29, 2007, via the Court's ECF system upon:

Eric B. Fisher
Morgenstern Jacobs & Blue, LLC
885 Third Avenue
New York, New York 10022
Email: efisher@mjbllc.com
*Attorneys for Plaintiffs*; and

Steven Richard Popofsky
Gersten, Savage, Kaplowitz, Wolf & Marcus, LLP
600 Lexington Avenue
New York, New York 10022
Email: spopofsky@gskny.com
*Attorneys for Defendants Ivan Berkowitz, Great Court Capital, LLC and SD Partners, LLC*

/Scott J. Pashman_____
Scott J. Pashman