UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
AVNER MALOUL and ALLEN LOWY,          :

        Plaintiffs,              :     Case No. 07 CIV 8525 (LBS)
                                              ECF CASE
v.                                    :
                                      **DECLARATION OF**
IVAN BERKOWITZ, GREAT COURT           :   **SCOTT J. PASHMAN**
CAPITAL, LLC, SD PARTNERS, LLC, UTIX      **REGARDING DELAYED**
GROUP, INC., VSUS TECHNOLOGIES, INC.  :   **FILING DUE TO**
and SUNSET BRANDS, INC.,                  **TECHNICAL DIFFICULTIES**

        Defendants.              :
------------------------------------- X

    SCOTT J. PASHMAN hereby declares as follows:

    1.    I am associated with Cooley Godward Kronish LLP, counsel to defendant Utix Group, Inc. in the above-entitled action.

    2.    On December 28, 2007, I was prevented from filing the document entitled *Answer and Affirmative Defenses of Utix Group, Inc.*, dated December 28, 2007 ("Utix Answer"), due to unexpected technical difficulties that caused the Court's electronic filing system (ECF) to be inaccessible throughout the day on December 28.

    3.    I confirmed the existence of the technical difficulties regarding the ECF system on December 28 by reviewing a Notice to the Bar posted on the Court's website and through a telephone call to the ECF Help Desk.

    4.    On December 28, 2007, I served copies of the Utix Answer by electronic mail on all counsel of record in this case.

    5.    Additionally, on December 28, 2007, I attempted to electronically file the Utix Answer through the ECF system, and received a receipt indicating that the document had been successfully filed. A copy of the filing receipt is attached as Exhibit A.

2

6.       However, on December 29, 2007, when the ECF system was restored, there was no longer any indication on the docket for this case that the Utix Answer had actually been filed.

7.       Accordingly, I respectfully request that the Court permit the filing of the Utix Answer by ECF on December 29, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 29, 2007

_____
Scott J. Pashman (SP-7620)

**EXHIBIT A – RECEIPT OF ELECTRONIC FILING ON DECEMBER 28, 2007**

**Answers to Complaints**
1:07-cv-08525-LBS Maloul et al v. Berkowitz et al
ECF

U.S. District Court

United States District Court for the Southern District of New York

**Notice of Electronic Filing**

The following transaction was entered by Pashman, Scott on 12/28/2007 at 5:51 PM EST and filed on 12/28/2007
**Case Name:**        Maloul et al v. Berkowitz et al
**Case Number:**      1:07-cv-8525
**Filer:**            Utix Group, Inc.
**Document Number:** 12

**Docket Text:**
**ANSWER to Complaint. Document filed by Utix Group, Inc..(Pashman, Scott)**


**1:07-cv-8525 Notice has been electronically mailed to:**

Eric B. Fisher      efisher@mjbllc.com

Steven Richard Popofsky     spopofsky@gskny.com

**1:07-cv-8525 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=12/28/2007] [FileNumber=4123055-0] [2c65c6217682ca7b07314491c713953528fea6551f6e80dc7d5e5f24ccef06a7d3 ede4add4d3afe029db9c25620ea869cca8786959ad2f940b21ec2e27e78ef2]]

Friday, December 28, 2007 5:52:06 PM Page 1 of 1

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document entitled *Declaration of Scott J. Pashman Regarding Delayed Filing Due To Technical Difficulties*, dated December 29, 2007, was served on on December 29, 2007, via the Court's ECF system upon:

Eric B. Fisher
Morgenstern Jacobs & Blue, LLC
885 Third Avenue
New York, New York 10022
Email: efisher@mjbllc.com
*Attorneys for Plaintiffs*; and

Steven Richard Popofsky
Gersten, Savage, Kaplowitz, Wolf & Marcus, LLP
600 Lexington Avenue
New York, New York 10022
Email: spopofsky@gskny.com
*Attorneys for Defendants Ivan Berkowitz, Great Court Capital, LLC and SD Partners, LLC*

_____
Scott J. Pashman