UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
: 
AVNER MALOUL and ALLEN LOWY,               :
:
              Plaintiffs,            :        07 Civ. 8525
:
   -against-                                        :
:
IVAN BERKOWITZ, GREAT COURT                :
CAPITAL, LLC, SD PARTNERS, LLC,            :
UTIX GROUP, INC., VSUS TECHNOLOGIES,       :
INC., and SUNSET BRANDS, INC.              :
:
              Defendants.           :
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

State of New York            )
                             ) ss:
County of New York           )

      Kandra Payne, being duly sworn, deposes and says:

      1.     That deponent is not a party to the action, is over 18 years of age and resides in New York, New York.

      2.     That on January 24, 2008, I served, by first class mail, postage prepaid, a copy of the Amended Complaint upon the following:

                Steven R. Popofsky, Esq.
                Gersten Savage LLP
                600 Lexington Avenue
                New York, NY  10022

                Scott J. Pashman
                Cooley Godward Kronish LLP
                1114 Avenue of the Americas
                New York, NY  10036-7798

>Robert B. Lovett
>Cooley Godward Kronish LLP
>The Prudential Tower
>800 Boylston Street, 46th Floor
>Boston, MA  02199
>
>VSUS Tech, Inc.
>c/o NYS Secretary of State
>41 State Street
>Albany, NY  12207-2841

at the addresses designated by said parties for this purpose.

>/s/ Kandra Payne
>Kandra Payne

Sworn to before me on
this 25th day of January 2008

/s/ Rachel K. Marcoccia
Notary Public, State of New York
No. 02MA6070474
Qualified in New York County
Commission Expires March 4, 2010