

# GERSTEN SAVAGE LLP

600 LEXINGTON AVENUE
NEW YORK NY 10022-6018
T: 212-752-9700
F: 212-980-5192
INFO@GERSTENSAVAGE.COM
WWW.GERSTENSAVAGE.COM

**RECEIVED FEB 2 6 2008 CHAMBERS OF LEONARD B. SAND**

February 25, 2008

**MEMO ENDORSED**

**BY HAND**
Hon. Leonard B. Sand
United States District Court
Southern District of New York
500 Pearl Street, Room 1650
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-26-08

Re: Maloul v. Berkowitz, et al., 07 Civ. 8525 (LBS)

Dear Judge Sand:

This firm represents defendants Ivan Berkowitz, Great Court Capital, LLC, and SD Partners, LLC in the above case. Pursuant to a briefing schedule agreed upon by counsel for the parties and approved by the Court, defendants' motion to dismiss the amended complaint was due to be served today, with answering papers due March 25 and reply papers due April 15.

I have requested, and plaintiffs' counsel has consented to my request, that my moving papers be served two days later, on Wednesday February 27. In turn, plaintiffs' counsel has requested that his answering papers be due two days later, on March 27, and of course I have consented to that request.

We trust that Your Honor will have no objection to this alteration of the briefing schedule, but please contact us if that is incorrect in any way.

Thank you for your consideration.

Respectfully yours,

Steven R. Popofsky

cc:   Eric B. Fisher, Esq. (by fax)

Acceptable
/s/ Sand
USDJ 2/26/08

**MEMO ENDORSED**

AFFILIATED WITH WHITEMAN OSTERMAN & HANNA LLP | ONE COMMERCE PLAZA | ALBANY NY 12260 | T: 518-487-7600  F: 518-487-7777 | WWW.WOH.COM