UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AVNER MALOUL and ALLEN LOWY,

              Plaintiff,

   -against-

IVAN BERKOWITZ, GREAT COURT
CAPITAL, LLC, SD PARTNERS, LLC,
UTIX GROUP, INC., VSUS TECHNOLOGIES,
INC., and SUNSET BRANDS, INC.,

              Defendants.
------------------------------------------------------------X

**TRANSMITTAL AFFIDAVIT
IN SUPPORT OF MOTION TO
DISMISS**

07 Civ. 8525 (LBS)

STATE OF NEW YORK   )
                       ) ss.:
COUNTY OF NEW YORK)

     STEVEN R. POPOFSKY, being sworn, states as follows:

     1. I am a member of Gersten Savage LLP, counsel for the moving defendants Ivan Berkowitz, Great Court Capital, LLC and SD Partners, LLC, in this action. I respectfully submit this affidavit to transmit to the Court the following exhibits referred to in the accompanying memorandum of law in support of movants' motion to dismiss the amended complaint:

| | |
|---|---|
| Exhibit A: | Amended Complaint, dated January 24, 2008 |
| Exhibit B: | Initial Complaint, dated September 25, 2007 |
| Exhibit C: | Defendants' Memorandum of Law in Support of Motion to Dismiss, dated November 21, 2007 |
| Exhibit D: | Plaintiffs' Memorandum of Law in Opposition to Motion to Dismiss Complaint, dated December 17, 2007 |
| Exhibit E: | Defendants' Reply Memorandum of Law in Support of Motion to Dismiss, dated December 31, 2007 |
| Exhibit F: | Transcript of Oral Argument on Motion to Dismiss, January 3, 2008 |

_____
Steven R. Popofsky

Sworn to before me this
27th day of February, 2008

_____
Notary Public

Judith Russell
Notary Public, State of NY
No. 01RU6023388
Qualified in Kings County
Commission Expires April 19, 20_11_