**MORGENSTERN FISHER & BLUE, LLC**

ATTORNEYS AT LAW
885 THIRD AVENUE
NEW YORK, NEW YORK 10022
TELEPHONE: (212) 750-6776
FACSIMILE: (212) 750-3128



MEMO ENDORSED

March 24, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-25-08

**VIA FEDERAL EXPRESS**

Hon. Leonard B. Sand
United States District Judge
United States Courthouse
500 Pearl Street, Room 1650
New York, New York 10007

    Re:    *Avner Maloul and Allen Lowy v. Ivan Berkowitz, et al.*
             *Case No. 07 Civ 8525 (LBS)*

Dear Judge Sand:

    This firm is counsel to plaintiffs Avner Maloul and Allen Lowy in connection with the above-referenced action. Due to a death in the family, Mr. Fisher has requested, and defendants' counsel has consented, to our request that opposition papers to defendants' motion to dismiss be served on April 3, 2008. In turn, defendants' counsel has requested that his reply papers be due on April 24, 2008. We have consented to that request.

    We respectfully request that the Court approve this modification of the briefing schedule.

                                          Respectfully submitted,

                                          Laura J. Lefkowitz

cc:    Steven Popofsky, Esq. (via email)



Approved
LBSand
3/25/08

MEMO ENDORSED