UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                              :
AVNER MALOUL and ALLEN LOWY,                                  :
                                                              :
                    Plaintiffs,                               :     07 Civ. 8525
                                                              :
           -against-                                          :
                                                              :
IVAN BERKOWITZ, GREAT COURT                                   :
CAPITAL, LLC, SD PARTNERS, LLC,                               :
UTIX GROUP, INC., VSUS TECHNOLOGIES,                          :
INC., and SUNSET BRANDS, INC.                                 :
                                                              :
                    Defendants.                               :
-------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

State of New York        )
                         ) ss:
County of New York       )

      Kandra Payne, being duly sworn, deposes and says:

      1.      That deponent is not a party to the action, is over 18 years of age and resides in New York, New York.

      2.      That on April 3, 2008, I served, by first class mail, postage prepaid, a copy of the Plaintiffs' Memorandum of Law in Opposition to Motion to Dismiss Amended Complaint upon the following:

              Steven R. Popofsky, Esq.
              Gersten Savage LLP
              600 Lexington Avenue
              New York, NY  10022

1

2

at the address designated by said party for this purpose.

          /s/Kandra Payne
             Kandra Payne

Sworn to before me on
this 3rd day of April, 2008

/s/Rachel K. Marcoccia
Notary Public, State of New York
No. 02MA6070474
Qualified in New York County
Commission Expires March 4, 2010