# GERSTEN SAVAGE LLP

600 LEXINGTON AVENUE
NEW YORK NY 10022-6018
T: 212-752-9700
F: 212-980-5192
INFO@GERSTENSAVAGE.COM
WWW.GERSTENSAVAGE.COM





April 23, 2008

**MEMO ENDORSED**

**BY HAND**
Hon. Leonard B. Sand
United States District Court
Southern District of New York
500 Pearl Street, Room 1650
New York, New York 10007

Re: Maloul v. Berkowitz, et al., 07 Civ. 8525 (LBS)

Dear Judge Sand:

    This firm represents defendants Ivan Berkowitz, Great Court Capital, LLC and SD Partners, LLC, in the above matter. Plaintiff's counsel has graciously consented to my request to extend from April 24 to May 9 my time to file reply papers in connection with my clients' motion to dismiss. This request was necessitated by a combination of personal and professional factors, complicated by the Passover holiday, and I respectfully request that Your Honor so-order the revised schedule.

    We understand that there will be no oral argument on this motion unless the Court advises us otherwise.

    Thank you for your consideration.

Respectfully yours,

Steven R. Popofsky

cc (by fax and mail): Eric B. Fisher, Esq.
Scott J. Pashman, Esq.

Adopted
/s/ Sand USDJ
4/28/08

**MEMO ENDORSED**

AFFILIATED WITH WHITEMAN OSTERMAN & HANNA LLP | ONE COMMERCE PLAZA | ALBANY NY 12260 | T: 518-487-7600  F: 518-487-7777 | WWW.WOH.COM