UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AVNER MALOUL and ALLEN LOWY,

                                    Plaintiff,                  07 Civ. 8525 (LBS)

         -against-

IVAN BERKOWITZ, et al.,
                                   Defendants.
------------------------------------------------------------X

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:   Eric B. Fisher

☒    *Attorney*

        ☒    I am a U.S.D.C. Southern District of New York attorney. My bar number is: EF-1209

        ☐    I am a Pro Hac Vice attorney

        ☐    I am a Government Agency attorney

☒    *Law Firm/Government Agency Association*

        From:   Morgenstern Fisher & Blue, LLC

        To:   Butzel Long

        ☒    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

        ☐    I am no longer counsel of record on the above entitled case. An order withdrawing my appearance was entered on_____ by Judge_____.

☒    *Address*:   380 Madison Avenue, 22nd Floor, New York, NY 10022

☒    *Telephone Number*:   212-374-5359

☒    *Fax Number*:   212-818-0494

☒    *E-mail Address*:   fishere@butzel.com

Dated:  8/20/08