# GERSTEN SAVAGE LLP




600 LEXINGTON AVENUE
NEW YORK NY 10022-6018
T: 212-752-9700
F: 212-980-5192
INFO@GERSTENSAVAGE.COM
WWW.GERSTENSAVAGE.COM

**MEMO ENDORSED**

September 4, 2008

Hon. Leonard B. Sand
United States District Court
Southern District of New York
500 Pearl Street, Room 1650
New York, New York 10007

<u>Re: Maloul v. Berkowitz, et al., 07 Civ. 8525 (LBS)</u>

Dear Judge Sand:

  This firm represents defendants in the above action. I am writing, on behalf of counsel for both sides, to request that Your Honor set the following schedule in the case: Discovery to close by March 31, 2009; expert reports, if any, to be served by December 31, 2008; and rebuttal expert reports, if any, to be served by January 31, 2009.

  We thank you for your consideration.

Respectfully yours,

*Steven R. Popofsky*
Steven R. Popofsky

cc (by fax and mail): Eric B. Fisher, Esq.

*Adopted*
*Sand USDJ*
*9/9/08*

**MEMO ENDORSED**

AFFILIATED WITH WHITEMAN OSTERMAN & HANNA LLP | ONE COMMERCE PLAZA | ALBANY NY 12260| T: 518-487-7600  F: 518-487-7777 | WWW.WOH.COM